# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JEREMY GREY**                                                                 **PLAINTIFF**

v.                              No. 2:24-cv-131-DPM

**KETEMA A. BELETE**                                                       **DEFENDANT**

## JUDGMENT

Grey's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 April 2025